In the Matter of the Succession Tax on a Trust Fund Created by the Third Item of the Last Will and Testament of HENRY B. GIBSON, Deceased.

JAMES A. ROBERTS, Comptroller of the State of New York, Appellant; JAMES M. SMITH et al., Respondents.

*Matter of Gibson,* 33 App. Div. 628, affirmed.
(Submitted October 5, 1898; decided October 25, 1898.)

APPEAL from an order of the Appellate Division of the Supreme Court in the fourth judicial department, entered September 10, 1898, affirming an order of the Surrogate's Court of Ontario county adjudging that a trust fund created under the will of Henry B. Gibson, deceased, is not liable to a transfer tax.

*Mead & Stranahan* for appellant.

*James C. Smith* for James M. Smith et al., respondents

*Walter H. Knapp* for Louis H. Gibson, respondent.

*D. G. Lapham* for Josephine E. Gibson, respondent.

*Wynkoop & Rice* for Livingston Lansing et al., respondents.

*Frank H. Hamlin* for Catherine O. Lansing et al., respondents.

*John A. Barhite* for Richard R. Gibson et al., respondents.

*Henry H. Man* for William Watts Sherman et al., respondents.

Order affirmed, with costs, on the ground that this case is governed by the decision in the *Seaman Case* (147 N. Y. 69). The amendment to the Transfer Act (Chap. 284 of the Laws of 1897) did not operate to so change it as to warrant the giving now of a different construction.   No opinion.

All concur.